■ In the Matter of BENJAMIN BROWNLEE, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correc-

tions and Community supervision, Respondent. [968 NYS2d 818]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by amended order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 12, 2012) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.